JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPHS GROCERY COMPANY, an Ohio Corporation; and DOES 1-10,<br><br>    Defendants. | Case No. 8:19-cv-01300-JLS-DFM<br>Hon. Josephine L. Staton<br><br>**JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

For the reasons set forth in the Court's order granting Defendant's Motion for Summary Judgment (Doc. 39), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims.

**IT IS SO ORDERED.**

DATED: December 4, 2020

Hon. Josephine L. Staton
United States District Judge